M. Anderson Berry (SBN 262879)
Gregory Haroutunian (SBN 330263)
Brandon P. Jack (SBN 325584)
**CLAYEO C. ARNOLD**
**A PROFESSIONAL CORPORATION**
6200 Canoga Avenue, Suite 375
Woodland Hills, CA 91367
Telephone: (747) 777-7748
aberry@justice4you.com
gharoutunian@justice4you.com
bjack@justice4you.com

*Attorneys for Plaintiff and the Proposed Class*

*(Additional counsel on signature page)*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUDSIYYAH ISHAQ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v<br><br>F21 OPCO LLC D/B/A FOREVER 21;<br><br>Defendants. | Case No. 2:23-CV-07390-MEMF-AGR<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |
| KYRA ROBINSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v<br><br>F21 OPCO LLC D/B/A FOREVER 21;<br><br>Defendants. | Case No. 2:23-CV-07398-MEMF-AGR<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

|  |  |
|---|---|
| BRITTNAY MOLL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v<br><br>F21 OPCO LLC D/B/A FOREVER 21; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-07418-MEMF-AGR<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED**<br><br>Date:  October 12, 2023<br>Time:  10:00 a.m.<br>Courtroom: 8B, 8th Floor |

**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO (1) CONSOLIDATE RELATED ACTIONS, (2) APPOINT INTERIM CO-LEAD CLASS COUNSEL, AND (3) SET A SCHEDULE FOR THE FILING OF A CONSOLIDATED AMENDED COMPLAINT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** the plaintiffs in the three related cases ("Plaintiffs") *Qudsiyyah Ishaq v. F21 OPCO LLC DBA Forever 21,* Case No. 2:23-07390-*, Kyra Robinson v. F21 OPCO LLC DBA Forever 21,* Case No. 2:23-07398, and *Birttnay Moll v. F21 OPCO LLC DBA Forever 21,* Case No. 2:23-07418 (the "Related Cases"), will and hereby do move this Court for an Order consolidating the Related Cases and appointing Interim Co-Lead Counsel in the consolidated case pursuant to Fed. R. Civ. P. 23(g) and 42(a). This motion will be heard on **Thursday, October 12, 2023, at 10:00 a.m.,** in the courtroom of the Honorable Maame Ewusi-Mensah Frimpong, located at 350 W. First Street, Courtroom 8B, 8th Floor Los Angeles, CA 90012.

The Related Cases involve common issues of law and fact. All three Related Cases assert similar claims arising from a January 5, 2023 cyberattack suffered by Defendant regarding which Defendant began sending notices to impacted parties, such as Plaintiffs, on or about August 29, 2023, informing them that their personally

identifying information was the target of the data breach. Plaintiffs in the Related Cases have filed similar Class Action Complaints against the Defendant relating to the data breach. Accordingly, these three Related Cases should be consolidated for all purposes pursuant to Fed. R. Civ. P. 42(a).

Under Fed. R. Civ. P. 23(g)(3), "[t]he court may designate interim counsel to act on behalf of a putative class before determining whether to certify the action as a class action." In so appointing, the Court may consider factors relating to the prospective counsel's reputation and skills. *See* Fed. R. Civ. P. 23(g)(1). Here, the undersigned attorneys for the Plaintiffs in the three putative class actions respectfully jointly request the Court appoint Gregory Haroutunian of Clayeo C. Arnold, A Professional Corporation, Benjamin F. Johns of Shub & Johns LLC, and John J. Nelson of Milberg Coleman Bryson Phillips Grossman PLLC as Interim Co-Lead Class Counsel.

This motion is based upon the memorandum of points and authorities filed herewith, the declaration of counsel in support of the motion and any other such evidence and argument that may be presented to the Court prior to its ruling on the Motion.

Plaintiffs' counsel were not able to meet with Defendants' counsel pursuant to Local Rule 7-3 because Defendants have not yet appeared in the case.

Dated: September 13, 2023   Respectfully Submitted,

By: */s/Gregory Haroutunian*
Gregory Haroutunian

M. Anderson Berry (SBN 262879)
Gregory Haroutunian (SBN 330263)
Brandon P. Jack (SBN 325584)
**CLAYEO C. ARNOLD**
**A PROFESSIONAL CORPORATION**
6200 Canoga Avenue, Suite 375
Woodland Hills, CA 91367
Telephone: (747) 777-7748
Fax: (916) 924-1829
aberry@justice4you.com

gharoutunian@justice4you.com
bjack@justice4you.com

**CHESTNUT CAMBRONNE PA**
Bryan L. Bleichner (Cal. Bar No. 20340)
100 Washington Ave. South, Suite 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
bbleichner@chesnutcambronne.com

**MILBERG COLEMAN BRYSON PHILLPS GROSSMAN, PLLC**
John J. Nelson
280 S. Beverly Dr.
Beverly Hills, CA 92102
Telephone: (858) 209-6941
jnelson@milberg.com

**SHUB & JOHNS LLC**
Jonathan Shub (No. 237708)
Benjamin F. Johns*
Samantha E. Holbrook*
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428
Telephone: (610) 477-8380
jshub@shublawyers.com
bjohns@shublawyers.com
sholbrook@shublawyers.com

*Attorneys for Plaintiff and the Proposed Class*

*\*Pro Hac Vice Forthcoming*