**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| QUDSIYYAH ISHAQ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>F21 OPCO LLC dba FOREVER 21,<br><br>Defendant. | Case No. 2:23-cv-07390-MEMF-AGR<br><br>**ORDER GRANTING STIPULATION TO CONSOLIDATE RELATED CASES AND SET DEADLINES** |
| KYRA ROBINSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>F21 OPCO LLC d/b/a FOREVER 21,<br><br>Defendant. | Case No. 2:23-CV-07398-MEMF-AGR |
| BRITTNAY MOLL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>F21 OPCO LLC D/B/A FOREVER 21; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-07418-MEMF-AGR |

-1-

ORDER GRANTING STIP. TO CONSOLIDATE RELATED CASES AND TO SET DEADLINES

| | |
|---|---|
| ERIN SCOTT, individually and on behalf of all others similarly situated, | Case No. 2:23-cv-07596-MEMF-AGR |
| Plaintiff, | |
| vs. | |
| F21 OPCO LLC D/B/A FOREVER 21, | |
| Defendant. | |
| AKHIRIA MULDROW, individually, and on behalf of herself and all others similarly situated, | Case No. 2:23-cv-07794-MEMF-AGR |
| Plaintiff, | |
| vs. | |
| F21 OPCO LLC D/B/A FOREVER 21, | |
| Defendant. | |
| VICTORIA ROSAS, individually, and on behalf of herself and all others similarly situated, | Case No. 2:23-cv-07804-MEMF-AGR |
| Plaintiff, | |
| vs. | |
| F21 OPCO LLC D/B/A FOREVER 21, | |
| Defendant. | |

This matter comes before the Court on the parties' Stipulation to Consolidate Related Cases and to Set Deadlines (the "Stipulation"). The Court being fully advised and for good cause shown, the Stipulation is hereby **GRANTED**.

Accordingly, the Court **ORDERS** as follows:

1. The following related cases are pending in this District:
   a. *Qudsiyyah Ishaq v. F21 OpCo LLC dba Forever 21,* Case No. 2:23-cv-07390-MEMF-AGR ("*Ishaq*");
   b. *Kyra Robinson v. F21 OpCo LLC d/b/a Forever 21,* Case No. 2:23-cv-07398-MEMF-AGR;
   c. *Brittnay Moll v. F21 OpCo LLC, et al.,* Case No. 2:23-cv-07418-MEMF-AGR;
   d. *Erin Scott v. F21 OpCo LLC D/B/A Forever 21,* Case No. 2:23-v-07596-MEMF-AGR;
   e. *Akhiria Muldrow v. F21 OpCo LLC D/B/A Forever 21,* Case No. 2:23-cv-07794-MEMF-AGR; and
   f. *Victoria Rosas v. F21 OpCo LLC dba Forever 21,* Case No. 2:23-cv-07804-MEMF-AGR, (collectively, the "Related Cases").

2. The Related Cases are consolidated (the "Consolidated Action") pursuant to Fed. R. Civ. P. 42(a).

3. To ensure consistent and efficient adjudications in this Court, the "Consolidated Action" will bear Lead Case No. No. 2:23-cv-07390-MEMF-AGR, the number assigned to the first-filed case and reflect the following caption:

///
///
///

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| IN RE F21 OPCO, LLC DATA BREACH LITIGATION<br><br>This Document Relates To: | Lead Case No. 2:23-cv-07390-MEMF-AGR |

4. The case file for the Consolidated Action will be maintained under Lead Case No. 2:23-cv-07390-MEMF-AGR (the "Lead Case"). When a pleading is intended to apply to all actions to which this Order applies, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption described above. When a pleading is not intended to apply to all actions, the docket number for each individual action to which the paper is intended to apply and the last name of the first-named plaintiff in said action shall appear immediately after the words "This Document Relates To:" in the caption identified above, e.g., "2:23-cv-07390-MEMF-AGR (*Ishaq*)."

5. Any action subsequently filed in, transferred to, or removed to this Court that arises out of the same or similar alleged operative facts as the Consolidated Action shall be related to and consolidated with the Consolidated Action. Plaintiffs and Defendant shall file a Notice of Related Cases whenever a case that should be consolidated with the Consolidated Action is filed in, transferred to, or removed to this District.

6. If the Court determines that the case is related, the clerk shall:
   a) Place a copy of this Order in the separate file for such action;
   b) Serve on Plaintiffs' counsel in the new case a copy of this Order;
   c) Direct that this Order be served upon Defendant(s) in the new case; and
   d) Make an appropriate entry in the Lead Case's docket.

7. Any attorney who has filed an action in this litigation may file an application for appointment as Interim Class Counsel or other designated counsel either individually or as part of a proposed leadership structure. All applications should be limited to 20 pages, not including any supporting evidence, and e-filed in Lead Case No. 2:23-cv-07390-MEMF-AGR within ten (10) days after the date the Court enters a Consolidation Order.

8. Plaintiffs shall file a Consolidated Class Action Complaint no later than thirty (30) days following the entry of an order appointing Interim Class Counsel, which shall be the operative complaint in the Consolidated Action and shall supersede all previous complaints filed in any of the Related Cases.

9. Any response to the Consolidated Class Action Complaint shall be due within thirty (30) days from the filing of the Consolidated Class Action Complaint or until December 8, 2023, whichever occurs later. All prior response deadlines to the previously-filed complaints in the Related Cases are vacated and moot. Should Defendant file a motion to dismiss the Consolidated Class Action Complaint, the Plaintiffs and Defendant will comply with Local Civil Rules 7-9 and 7-10 with the following clarifications and/or adjustments:

   a) Plaintiffs' opposition to the motion to dismiss shall be filed and served within thirty (30) days of the filing of the motion to dismiss; and

   b) Any reply brief shall be filed and served within twenty-one (21) days of the opposition;

10. This Order shall apply to the above-listed Related Cases, any subsequently consolidated action, any actions consolidated with the above-listed Related Cases, and any actions filed in or transferred or removed to this Court relating to the same common nucleus of alleged facts and the data incident underlying this litigation.

11. Any subsequently appointed Interim Co-Lead Counsel and/or Liaison Counsel must serve a copy of this Order and all future orders promptly by overnight delivery service, facsimile, or other expeditious electronic means on counsel for plaintiffs in any related case to the extent that Interim Co-Lead Counsel and/or Liaison Counsel are aware of any such action(s) and on all attorneys for Plaintiffs whose cases may subsequently be consolidated with the above actions but who have not yet registered for ECF.

**IT IS SO ORDERED.**

Dated: Feb. 27, 2024

_____

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge