EVA YANG (SBN 306215)
**NORTON ROSE FULBRIGHT US LLP**
555 South Flower Street, Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
eva.yang@nortonrosefulbright.com

JASON K. FAGELMAN (*Pro Hac Vice*)
**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 855-8000
Facsimile: (214) 855-8200
jason.fagelman@nortonrosefulbright.com

Attorneys for Defendant
F21 OPCO, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE F21 OPCO, LLC DATA BREACH LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No. 2:23-cv-07390-MEMF-AGR<br><br>**DEFENDANT'S NOTICE OF SUGGESTION OF BANKRUPTCY AND AUTOMATIC STAY OF PROCEEDINGS** |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that on March 16, 2025 (the "**Petition Date**"), F21 OpCo, LLC, Defendant in the above-captioned case, and certain of its affiliates (collectively, the "**Debtors**") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), commencing chapter 11 cases (the "**Chapter 11 Cases**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), which are being jointly administered under the lead case F21 OpCo, LLC, *et al.*, Case No. 25-10469 (MFW).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 362(a) of the Bankruptcy Code, the commencement of the Chapter 11 Cases operates as a stay (the "**Automatic Stay**") of, among other things, (a) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the Debtors that was or could have been commenced before the Petition Date, or to recover a claim against the Debtors that arose before the Petition Date; (b) the enforcement, against the Debtors or against property of the Debtors' estates, of a judgment obtained before the Petition Date; (c) any act to obtain possession of property of the Debtors' estates or of property from the Debtors' estates or to exercise control over property of the Debtors' estates; and (d) any act to collect, assess, or recover a claim against the Debtors that arose before the Petition Date. Actions taken in violation of the Automatic Stay are void *ab initio* and may result in the imposition of sanctions by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that additional information regarding the Chapter 11 Cases may be obtained by reviewing the publicly available docket of the Debtors' Chapter 11 Cases through PACER (Public Access to Court Electronic Records at http://ecf.deb.uscourts.gov), by accessing the Debtors' restructuring website at https://www.veritaglobal.net/forever21, or by contacting the Debtors' proposed bankruptcy counsel: Young Conaway Stargatt & Taylor LLP, Rodney Square, 1000

North King Street, Wilmington, DE 19801, (302) 571-6600, Attn: Andrew L. Magaziner (amagaziner@ycst.com), Robert F. Poppiti, Jr. (rpoppiti@ycst.com), Ashley E. Jacobs (ajacobs@ycst.com), S. Alexander Faris (afaris@ycst.com), Kristin L. McElroy (kmcelroy@ycst.com), Andrew M. Lee (alee@ycst.com), and Sarah Gawrysiak (sgawrysiak@ycst.com).

Dated: March 26, 2025

JASON K. FAGELMAN
EVA YANG
**NORTON ROSE FULBRIGHT US LLP**

By_____
     EVA YANG

Attorneys for Defendant F21 OpCo, LLC