**POULIN | WILLEY | ANASTOPOULO, LLC**
Paul J. Doolittle
Paul.doolittle@poulinwilley.com
cmad@poulinwilley.com
32 Ann Street
Charleston, SC 29403
Telephone: (803) 222-2222
Fax: (843) 494-5536

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE F21 OPCO, LLC DATA BREACH LITIGATION** | Lead Case No. 2:23-cv-07390<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff Chyna Taylor ("Plaintiff"), by and through undersigned counsel, hereby gives notice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, that the above-captioned action is voluntarily dismissed, without prejudice against the Defendant, Forever 21, Inc., ("Defendant"). Furthermore, Plaintiffs have not previously dismissed any federal or state court action based on or including the same claims. Accordingly, Plaintiffs notice voluntary dismissal of this action, without prejudice.

Dated: May 18, 2026

*/s/ Paul J Doolittle*
**POULIN | WILLEY | ANASTOPOULO, LLC**
Paul J. Doolittle
paul.doolittle@poulinwilley.com
cmad@poulinwilley.com
32 Ann Street
Charleston, SC 29403

Telephone: (803) 222-2222
Fax: (843) 494-5536